IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Parkland Properties, LLC, et al[1]. | ) | Case No.: 13-22702 |
| | ) | Joint Administration |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |
| | ) | |
| | ) | Hearing Date: July 26, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

### NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that I will appear on July 26, 2016 at 10:30 before the Honorable Donald Cassling, or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the **First and Final Application for Compensation for Professional Services and for Reimbursement of Expenses in Case Incurred on Behalf Parkland Properties, LLC,** attorneys for the Debtor and Debtor in Possession, and request entry of orders in accordance with these applications. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

June 27, 2016                                      By:   /s/ Michael V. Ohlman
                                                         One of his attorneys

Michael V. Ohlman #6294512
MICHAEL V. OHLMAN, P.C.
2130 West Belmont
Chicago, Illinois 60618
312-869-4155- phone
312-940-9027 - fax
mvohlman@ohlmanlaw.com

### CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I served a true and correct copy of the above and foregoing notice and the document to which it refers on the parties listed on the attached service list, on June 27, 2016, either by electronic filing through ECF or by facsimile

                                                   /s/ Michael V. Ohlman

---

[1] The "Debtors" include: Parkland Properties, LLC (Case No. 13-22702); Parkland II LLC ("Case No. 13-25121); Parkland III, LLC (Case No. 13-25125); Parkland IV, LLC (Case No. 13-26018); Parkland V, LLC (Case No. 13-27098) and Parkland VI, LLC (Case No. 13-26811).

**VIA ECF**

Devon J Eggert on behalf of Creditor American Enterprise Bank
deggert@freeborn.com,
bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Whitney Fogelberg on behalf of Creditor Bridgeview Bank Group
wfogelberg@vedderprice.com

Timothy R Herman on behalf of Creditor CFS Allocation Solutions LLC, as assignee of Banco Popular North America
therman@clarkhill.com

Elizabeth L Janczak on behalf of Creditor American Enterprise Bank
ejanczak@freeborn.com,
bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Pamela J Leichtling on behalf of Creditor CFS Allocation Solutions LLC, as assignee of Banco Popular North America
pleichtling@clarkhill.com,
estoneking@clarkhill.com

Douglas J. Lipke on behalf of Creditor Bridgeview Bank Group
dlipke@vedderprice.com,
ecfdocket@vedderprice.com

Thomas M Lombardo on behalf of Creditor MRR Parkland Loans LLC
tlombardo@dimontelaw.com

Michael V Ohlman on behalf of Debtor Parkland Properties, LLC
mvohlman@ohlmanlaw.com

Keara Roethke on behalf of Creditor MRR Parkland Loans LLC
kroethke@ginsbergjacobs.com,
swoods@ginsbergjacobs.com

Joseph Santeler on behalf of Creditor Banco Popular North America
jsanteler@chuhak.com,
nkoncz@chuhak.com

Scott N. Schreiber on behalf of Creditor CFS Allocation Solutions LLC, as assignee of Banco Popular North America
sschreiber@clarkhill.com,
jwoyan@clarkhill.com

Miriam R. Stein on behalf of Creditor Banco Popular North America
mstein@chuhak.com, dgeorge@chuhak.com

Martin D. Tasch on behalf of Creditor First American Bank c/o Martin D Tasch
mtasch@momlaw.com

**Via US Mail**

Bank of America
P.O. Box 15168
Wilmington DE 19850

Bridgeview Bank
1970 North Halsted
Chicago, IL 60614

City of Chicago, Water Division
121 North LaSalle Street
Chicago, IL 60602

ComEd
PO Box 805379
Chicago, IL 60680

Liberty Bank
2392 North Milwaukee
Chicago, IL 60647


People's Gas
130 East Randolph St.
Chicago, IL 60601

Comcast
4851 N. Milwaukee Ave
Chicago, IL 60630

George Simoulis
755 N. Keeler Ave
Skokie IL 60076

Kroll Factual Data
5200 Hahns Peak
Loveland CO 80538

Shelia Brettner
1907 Buckingham Road
Mundelein, IL 60060

State Farm Insurance
One State Farm Plaza
Bloomington IL 61710

Tri-State Disposal, Inc.
PO Box 627
Blue Island, IL 60406

Citi Mortgage
P.O. Box 689196
Des Moines, IA 50368

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Parkland Properties, LLC, et al[2]. | ) | Case No.: 13-22702 |
| | ) | Joint Administration |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**FIRST AND FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED ON BEHALF OF PARKLAND PROPERTIES, LLC BY MICHAEL V. OHLMAN, P.C.**

Michael V. Ohlman, P.C. ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtor and Debtor in Possession Parkland Properties, LLC ("Debtor"), hereby makes its first and final application for compensation ("Application") pursuant to section 331 of the United States Bankruptcy Code, Rule 2016, and Local Rule 5082-1 and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from May 3, 2013 through October 13, 2015. In support of this Application, Applicant states as follows:

1.  On April 2, 2013, Debtor entered into an engagement agreement with Applicant for a Chapter 11 case.

2.  On May 23, 2013, the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code.

3.  This matter is the lead case and is jointly administered with Parkland II LLC ("Case No. 13-25121); Parkland III, LLC (Case No. 13-25125); Parkland IV, LLC (Case No. 13-26018); Parkland V, LLC (Case No. 13-27098) and Parkland VI, LLC (Case No. 13-26811).

---

[2] The "Debtors" include: Parkland Properties, LLC (Case No. 13-22702); Parkland II LLC ("Case No. 13-25121); Parkland III, LLC (Case No. 13-25125); Parkland IV, LLC (Case No. 13-26018); Parkland V, LLC (Case No. 13-27098) and Parkland VI, LLC (Case No. 13-26811).

4. On October 15, 2013, the Court entered an order in this case allowing employment of Applicant as Debtors' attorneys, retroactive to May 31, 2013. ***See Docket No. 75.***

5. Applicant has performed numerous legal services for the Debtor in this matter. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from May 3, 2013through October 13, 2015, are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit A**, attached hereto. A copy of Exhibit A has been sent to the Debtor with a request for review of the details, and for objection, if any. The Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

6. A brief description of the credentials of each employee of Michael V. Ohlman, P.C. for whom compensation is sought is attached as **Exhibit B.**

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. Applicant requests the allowance of payment of compensation for legal services during the period May 3, 2013through October 13, 2015 in the sum of **$105,200.30**.

9. The services rendered by Applicant were directly related and necessary to the preparation for and the administration of the Chapter 11 case, including, but not limited to, preparing and filing the Debtor's disclosure statement and plan, drafting and filing motions on behalf of the Debtor, and attending court hearings on the Debtor's behalf.

10. HOURS OF SERVICES SORTED BY CATEGORY OR "NATURE" – The attorneys and clerks of Michael V. Ohlman, P.C. provided a total of 443.5 hours of services

during the current period. The hours, broken down by natures, are summarized in **Exhibit A**. They are as follows:

   a. **Administration**  Approximately 188.4 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, conferencing with the Debtor about various issues in the chapter 11, preparing and attending status hearings for the chapter 11 case, filing the Debtor's monthly operating reports, drafting deeds in lieu of foreclosure on the Debtor's behalf, preparing motions, and serving various motions and pleadings on behalf of the Debtor. For these services, Applicant seeks $44,475.30.

   b. **Adversary** Approximately 6.9 hours of time and services were rendered in connection with matters that were related to Adversary Complaints including drafting and filing matters on behalf of the Debtor. For these services, Applicant seeks $1,650.00.

   c. **Cash Collateral**  Approximately 51.9 hours of time and services were rendered in connection with matters that were related to entering into, negotiating, and entering into cash collateral orders with the Debtors' secured lenders. This time also includes drafting cash collateral orders and budgets in connection thereto  For these services, Applicant seeks $12,375.00.

   d. **Creditor Issues** Approximately 78.7 hours of time and services were rendered in connection with matters that were related to negotiating and preparing agreements with the Debtors' creditors. This time includes meetings with lenders, reviewing motions and other pleadings filed by the Debtors' creditors in state court and bankruptcy court, reviewing sales

3

contracts, and other conferences related to creditors. For these services, Applicant seeks $19,300.00.

e. **DS&P** Approximately 93 hours of time and services were rendered in connection with conferencing with the Debtor's representatives regarding the path to take in approaching the Debtor's reorganization and drafting Debtor's disclosure statement and plan (as amended), as well as conferencing with creditors regarding their ballots for or against the plan. For such services, Applicant seeks $23,250.00.

f. **Fee** Counsel is not billing the Debtor for any time or services rendered in connection with drafting, filing, and appearing in court for counsel's final application for compensation.

g. **Research** Approximately 9.1 hours of time and services were rendered in connection with researching matters including, but not limited to the motions for relief from stay, cook county records, issues related to priority. For such services, Applicant seeks $2,500.00

h. **Trustee** Approximately 14.7 hours of time and services were rendered in connection with communicating with the U.S. Trustee regarding the Debtor's case. For such services, Applicant seeks $2,050.00.

11. HOURS OF SERVICES SORTED BY ATTORNEYS AND CLERKS – The sole party that billed on this matter was Michael V. Ohlman and all clerk time was not charged. Michael V. Ohlman, P.C. provided a total of approximately 443.5 hours of service.

12. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

13. This Application and a Notice of Hearing on the Final Application has been sent to the Debtor, to the U.S. Trustee, and to parties entitled to notice. A Notice for

Hearing on this application has likewise been sent to all other creditors and parties in interest, along with a summary of all services provided by Debtor's counsel to the Debtors. A certificate of service for the Notice has been filed with the Clerk of the Court.

    14.    This Court has jurisdiction over the subject matter of this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

**WHEREFORE,** Applicant respectfully requests that the Court conduct an appropriate hearing on Counsel's application and allow a reasonable fee to Debtor's Counsel in the sum of $105,200.30 for services for the period from May 3, 2013through October 13, 2015, plus costs of $11.34.  Applicant asks for such other relief as may be appropriate.

Dated: June 27, 2016                                      Respectfully submitted,
                                                                 Parkland Properties, LLC

                                                        By:     /s/ Michael V. Ohlman
                                                                     One of his attorneys

Michael V. Ohlman #6294512
MICHAEL V. OHLMAN, P.C.
2130 West Belmont
Chicago, Illinois 60618
312-869-4155- phone
312-940-9027 - fax
mvohlman@ohlmanlaw.com